NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**LBT IP I LLC,**
*Appellee*

---

2024-1508

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01189.

---

**JUDGMENT**

---

JAYSEN CHUNG, Gibson Dunn & Crutcher LLP, San Francisco, CA, argued for appellant. Also represented by BRIAN ROSENTHAL, New York, NY; JULIA G. TABAT, Dallas, TX; JENNIFER C. BAILEY, Erise IP, P.A., Overland Park, KS.

BRIAN SHERWOOD SEAL, Taft Stettinius & Hollister LLP, Washington, DC, argued for appellee. Also represented by SHAUN DARRELL GREGORY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, TARANTO and STOLL, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 6, 2026
Date

Jarrett B. Perlow
Clerk of Court